UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISSAC PASCHALIDIS,

              Plaintiff,

– against –

THE AIRLINE RESTAURANT CORP., JAMES MESKOURIS, PETER GEORGE MESKOURIS *and* JOHN DOES #1–10,

              Defendants.

**ORDER**

20 Civ. 2995 (ER)

Ramos, D.J.:

On April 13, 2020, Issac Paschalidis filed suit against the defendants, alleging violations of the Fair Labor Standards Act of 1938; the New York Labor Law; the New York Human Rights Law; and the New York City Human Rights Law. Compl. ¶¶ 1, Doc. 7. In his Complaint, Paschalidis alleges that "Defendants own and operate or control a restaurant operating as 'Jackson Hole' and the 'Airline Diner' located 6935 Astoria Boulevard North, East Elmhurst, New York 11370." Many of the events alleged in the Complaint occurred at this restaurant. *See, e.g.*, Compl. ¶¶ 20 ("Paschalidis was primarily employed as a general manager, managing the Airline Diner and overseeing and managing its staff."). Accordingly, proper venue for this matter lies in the Eastern District of New York. 28 U.S.C. § 1391(b). Furthermore, the Complaint does not allege that any of the defendants reside in the Southern District of New York or that "a

substantial part of the events or omissions giving rise to the claim occurred" in the Southern District.  *Id.*

Therefore, in the interests of justice and on consent of the parties, this matter is transferred to the Eastern District of New York.  28 USC § 1406.

It is SO ORDERED.

Dated:   June 24, 2020
         New York, New York

                                                          _____
                                                          EDGARDO RAMOS, U.S.D.J.

2