UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC PASCHALIDIS,<br><br>    **Plaintiff,**<br><br>  -against-<br><br>THE AIRLINE RESTAURANT CORP., JAMES MESKOURIS, PETER GEORGE MESKOURIS, and John Does # 1-10,<br><br>    **Defendants.** | Index No.: 20 Civ. 2804 (LDH)(RLM)<br><br>**AFFIRMATION** |

**JOSHUA MARCUS, ESQ.**, an attorney at law admitted to practice in the State of New York and a member of the bar of this Court, affirms the following subject to the penalties of perjury:

1.    I am a partner in the law firm of Franklin, Gringer & Cohen, P.C., attorneys for Defendants in the above-referenced action.

2.    This attorney's affirmation is made concerning Defendant's motion to dismiss Plaintiff's Complaint. I am personally familiar with the facts and circumstances set forth herein, and therefore make this affirmation in support of Defendant's motion to dismiss. The purpose of this affirmation is to identify the pleadings relevant to this action and to identify the materials for consideration in support of the motion.

3.    Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiff's Complaint, dated April 13, 2020.

4.    Attached hereto as Exhibit "B" is a true and accurate copy of Louis Russo's December 26, 2019 letter to Defendants.

5.    Attached hereto as Exhibit "C" is a true and accurate copy of Plaintiff's State Court Complaint dated June 15, 2020 and accompanying motion papers.

Dated: Garden City, New York
       August 17, 2020

                                    Respectfully submitted,

                          By:   /s_____
                                    Joshua Marcus, Esq.
                                    **FRANKLIN, GRINGER & COHEN, P.C.**
                                    *Attorneys For Defendants*
                                    666 Old Country Road, Suite 202
                                    Garden City, NY 11530-2013
                                    (516) 228-3131

TO:   Bob Kasolas, Esq.
          **BRACH EICHLER LLC**
          *Attorney for Plaintiff*
          101 Eisenhower Parkway
          Roseland, New Jersey 07608-1067
          (973) 228-5700