# BRACH | EICHLER LLC

Eric Magnelli
Direct Dial: 973-403-3110
Direct Fax: 973-618-5550
E-mail: emagnelli@bracheichler.com

March 3, 2022

**VIA ECF**

Honorable LaShann Dearcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Paschalidis v. The Airline Restaurant Corp., et al.***
               **Civil Action No. 1:20-cv-02804-LDH-RLM**

Dear Judge Dearcy Hall:

      This letter motion is submitted in support of my motion to withdraw as counsel for Plaintiff in the above-referenced matter pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

      On or about August 14, 2021, I left the firm Brach Eichler, LLC. Bob Kasolas, Esq. and Eric Magnelli, Esq. of Brach Eichler, LLC have appeared in this case and will continue to represent Plaintiff in this matter. There will be no delays from this application. Fact Discovery has recently begun, this matter is not on the trial calendar, Bob Kasolas, Esq. has been involved with this matter from its inception and Eric Magnelli, Esq. was the attorney that filed Plaintiff's Answer to Defendants' Counterclaim and participated in the Initial Scheduling Conference on January 13, 2022. Thus, Plaintiff will not be prejudiced in any way by this application. In addition, I am not asserting a retaining lien against the filed.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE:12340448.1/PAS084-277854

Accordingly, I respectfully request that the Court grant my application to withdraw as counsel in this matter.

Respectfully submitted,

*Michael Ansell*

Michael H Ansell, Esq.

EM:mha
Cc: All Counsel of Record (Via ECF)
      Isaac Paschalidis (via email)