**ROANNE L. MANN**  **DATE:** December 2, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 10:00 a.m.
 **END:** 10:30 a.m.

**DOCKET NO:** 20-cv-2804 (LDH)

**CASE** Paschalidis v. The Airline Restaurant Corp. et al

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- X MOTION HEARING
- ☐ OTHER/*CHEEKS* HEARING
- ☐ FINAL/PRETRIAL CONFERENCE
- X TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** **ATTORNEY**
Eric Magnelli

**DEFENDANTS** **ATTORNEY**
Danielle Elizabeth Mietus

- ☐ FACT DISCOVERY TO BE COMPLETED BY
- ☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

**RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic hearing regarding plaintiff's motion for a protective order (DE #68). For the reasons discussed on the record, and following *in camera* inspection of documents marked "attorneys' eyes only," plaintiff shall produce the subject documents with the identities (including initials) of non-party businesses, tenants, brokers and addresses with which plaintiff is associated redacted. Defense counsel is permitted to share the redacted documents with her clients, but must return the unredacted versions to plaintiff's counsel and destroy any related notes. As a result, plaintiff withdraws the request for a confidentiality order.

Upon the parties' joint request, fact discovery is reopened until December 20, 2022, for the limited purpose of conducting party depositions. The parties confirmed that they do not intend to rely on expert testimony. By December 21, 2022, the parties must file a joint letter confirming that party depositions have been completed and advising whether any party intends to file a dispositive motion.