# FRANKLIN, GRINGER & COHEN, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| Glenn J. Franklin | | Ken Sutak |
| Martin Gringer | | *of counsel* |
| Steven Elliot Cohen | 666 OLD COUNTRY ROAD, SUITE 202 | |
| Michael S. Mosscrop | GARDEN CITY, NEW YORK 11530-2013 | |
| Jasmine Y. Patel* | TELEPHONE (516) 228-3131.  FAX (516) 228-3136 | |
| Danielle Mietus | | |
| *ADMITTED TO NY AND NJ | | |

May 3, 2023

*Via ECF*
The Honorable LaShann DeArcy Hall
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Paschalidis v. The Airline Restaurant Corp., et al.,*
                *Docket No.: 20-cv-2804(LDH)(LB)*

Dear Judge DeArcy Hall:

      As the Court knows, we represent Defendants The Airline Restaurant Corp., James Meskouris, and Peter Meskouris (all three, together as "Defendants"), in the above-referenced matter. We write now to respectfully request that the Court adjourn the telephonic status conference currently scheduled for May 8, 2023, at 1:30 p.m. to a date and time that is convenient for the Court. We make this request because the undersigned is unavailable due to previously planned out-of-state travel. The Court originally scheduled the status conference for May 3, 2022, which was adjourned earlier today to May 8th. This is the first request for an adjournment and no prior requests have been made. The undersigned contacted Plaintiff's counsel to obtain consent for the instant request but, as of the time of this filing, Plaintiff's counsel has not responded. If granted, the adjournment would not affect any other scheduled dates.

      We thank the Court for its time and attention to this matter.

                                          Respectfully submitted,

                                          **FRANKLIN, GRINGER & COHEN, P.C.**

                                          Danielle E. Mietus, Esq.

To:    All Counsel *via* ECF