# EXHIBIT 15

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's soc. sec. no. | [REDACTED] |
| 1 | Wages, tips, other comp. | 52000.00 |
| 2 | Federal income tax withheld | 8208.72 |
| b | Employer ID number (EIN) | [REDACTED] |
| 3 | Social security wages | 52000.00 |
| 4 | Social security tax withheld | 3224.00 |
| 5 | Medicare wages and tips | 52000.00 |
| 6 | Medicare tax withheld | 754.00 |
| c | Employer's name, address, and ZIP code | [REDACTED] |
| d | Control number | |
| e | Employee's name, address, and ZIP code | ISAAC PASCHALIDIS<br>354 GROSVENOR STREET<br>DOUGLASTON NY 11363 |
| 15 | State / Employer's state ID number | NY 112066163 |
| 16 | State wages, tips, etc. | 52000.00 |
| 17 | State income tax | 3338.00 |
| 18 | Local wages, tips, etc. | 52000.00 |
| 19 | Local income tax | 2322.00 |
| 20 | Locality name | NYC |

Form W-2 Wage and Tax Statement 2019 Dept. of the Treasury - IRS

This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's soc. sec. no. | [REDACTED] |
| 1 | Wages, tips, other comp. | 52000.00 |
| 2 | Federal income tax withheld | 8208.72 |
| b | Employer ID number (EIN) | [REDACTED] |
| 3 | Social security wages | 52000.00 |
| 4 | Social security tax withheld | 3224.00 |
| 5 | Medicare wages and tips | 52000.00 |
| 6 | Medicare tax withheld | 754.00 |
| c | Employer's name, address, and ZIP code | [REDACTED] |
| d | Control number | |
| e | Employee's name, address, and ZIP code | ISAAC PASCHALIDIS<br>354 GROSVENOR STREET<br>DOUGLASTON NY 11363 |
| 15 | State / Employer's state ID number | NY 112066163 |
| 16 | State wages, tips, etc. | 52000.00 |
| 17 | State income tax | 3338.00 |
| 18 | Local wages, tips, etc. | 52000.00 |
| 19 | Local income tax | 2322.00 |
| 20 | Locality name | NYC |

Form W-2 Wage and Tax Statement 2019 Dept. of the Treasury - IRS

---

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's soc. sec. no. | [REDACTED] |
| 1 | Wages, tips, other comp. | 52000.00 |
| 2 | Federal income tax withheld | 8208.72 |
| b | Employer ID number (EIN) | [REDACTED] |
| 3 | Social security wages | 52000.00 |
| 4 | Social security tax withheld | 3224.00 |
| 5 | Medicare wages and tips | 52000.00 |
| 6 | Medicare tax withheld | 754.00 |
| c | Employer's name, address, and ZIP code | [REDACTED] |
| d | Control number | |
| e | Employee's name, address, and ZIP code | ISAAC PASCHALIDIS<br>354 GROSVENOR STREET<br>DOUGLASTON NY 11363 |
| 15 | State / Employer's state ID number | NY 112066163 |
| 16 | State wages, tips, etc. | 52000.00 |
| 17 | State income tax | 3338.00 |
| 18 | Local wages, tips, etc. | 52000.00 |
| 19 | Local income tax | 2322.00 |
| 20 | Locality name | NYC |

Form W-2 Wage and Tax Statement 2019 Dept. of the Treasury - IRS

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's soc. sec. no. | [REDACTED] |
| 1 | Wages, tips, other comp. | 52000.00 |
| 2 | Federal income tax withheld | 8208.72 |
| b | Employer ID number (EIN) | [REDACTED] |
| 3 | Social security wages | 52000.00 |
| 4 | Social security tax withheld | 3224.00 |
| 5 | Medicare wages and tips | 52000.00 |
| 6 | Medicare tax withheld | 754.00 |
| c | Employer's name, address, and ZIP code | [REDACTED] |
| d | Control number | |
| e | Employee's name, address, and ZIP code | ISAAC PASCHALIDIS<br>354 GROSVENOR STREET<br>DOUGLASTON NY 11363 |
| 15 | State / Employer's state ID number | NY 112066163 |
| 16 | State wages, tips, etc. | 52000.00 |
| 17 | State income tax | 3338.00 |
| 18 | Local wages, tips, etc. | 52000.00 |
| 19 | Local income tax | 2322.00 |
| 20 | Locality name | NYC |

Form W-2 Wage and Tax Statement 2019 Dept. of the Treasury - IRS

BW24UP   NTF 2582944   9 BW24UP   P001

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

38-2099803
OMB No. 1545-0008

| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 116900.00 | 2 Fed. income tax withheld 17491.08 |
|---|---|---|
| b Employer ID number (EIN) | 3 Social security wages 90000.00 | 4 Soc. sec. tax withheld 5580.00 |
| | 5 Medicare wages and tips 116900.00 | 6 Medicare tax withheld 1695.05 |

c Employer's name, address, and ZIP code

d Control number

e Employee's name, address, and ZIP code
ISAAC PASCHALIDIS
354 GROSVENOR STREET
DOUGLASTON NY 11363

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. 112066163 | 16 State wages, tips, etc. 116900.00 | 17 State income tax 4009.90 |
|---|---|---|---|
| 18 Local wages, tips, etc. 116900.00 | 19 Local income tax 2626.97 | 20 Locality name NYC | |

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury -- IRS
This information is being furnished to the Internal Revenue Service.

6 BW24UP   NTF 2580316

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

38-2099803
OMB No. 1545-0008

| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 116900.00 | 2 Fed. income tax withheld 17491.08 |
|---|---|---|
| b Employer ID number (EIN) | 3 Social security wages 90000.00 | 4 Soc. sec. tax withheld 5580.00 |
| | 5 Medicare wages and tips 116900.00 | 6 Medicare tax withheld 1695.05 |

c Employer's name, address, and ZIP code

d Control number

e Employee's name, address, and ZIP code
ISAAC PASCHALIDIS
354 GROSVENOR STREET
DOUGLASTON NY 11363

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. 112066163 | 16 State wages, tips, etc. 116900.00 | 17 State income tax 4009.90 |
|---|---|---|---|
| 18 Local wages, tips, etc. 116900.00 | 19 Local income tax 2626.97 | 20 Locality name NYC | |

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury -- IRS

Copyright 2016 Greatland/Nelco

---

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

38-2099803
OMB No. 1545-0008

This information is being furnished to IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable & you fail to report it.

| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 116900.00 | 2 Fed. income tax withheld 17491.08 |
|---|---|---|
| b Employer ID number (EIN) | 3 Social security wages 90000.00 | 4 Soc. sec. tax withheld 5580.00 |
| | 5 Medicare wages and tips 116900.00 | 6 Medicare tax withheld 1695.05 |

c Employer's name, address, and ZIP code

d Control number

e Employee's name, address, and ZIP code
ISAAC PASCHALIDIS
354 GROSVENOR STREET
DOUGLASTON NY 11363

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. 112066163 | 16 State wages, tips, etc. 116900.00 | 17 State income tax 4009.90 |
|---|---|---|---|
| 18 Local wages, tips, etc. 116900.00 | 19 Local income tax 2626.97 | 20 Locality name NYC | |

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury -- IRS

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

38-2099803
OMB No. 1545-0008

| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 116900.00 | 2 Fed. income tax withheld 17491.08 |
|---|---|---|
| b Employer ID number (EIN) | 3 Social security wages 90000.00 | 4 Soc. sec. tax withheld 5580.00 |
| | 5 Medicare wages and tips 116900.00 | 6 Medicare tax withheld 1695.05 |

c Employer's name, address, and ZIP code

d Control number

e Employee's name, address, and ZIP code
ISAAC PASCHALIDIS
354 GROSVENOR STREET
DOUGLASTON NY 11363

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. 112066163 | 16 State wages, tips, etc. 116900.00 | 17 State income tax 4009.90 |
|---|---|---|---|
| 18 Local wages, tips, etc. 116900.00 | 19 Local income tax 2626.97 | 20 Locality name NYC | |

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury -- IRS

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's soc. sec. no. | [redacted] |
| b | Employer ID number (EIN) | [redacted] |
| c | Employer's name, address, and ZIP code | [redacted] |
| 1 | Wages, tips, other comp. | 52000.00 |
| 2 | Federal income tax withheld | 8208.72 |
| 3 | Social security wages | 52000.00 |
| 4 | Social security tax withheld | 3224.00 |
| 5 | Medicare wages and tips | 52000.00 |
| 6 | Medicare tax withheld | 754.00 |

**e Employee's name, address, and ZIP code**
ISAAC PASCHALIDIS
354 GROSVENOR STREET
DOUGLASTON NY 11363

| 15 State | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| NY  112066163 | 52000.00 | 3338.00 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 52000.00 | 2322.00 | NYC |

Form W-2 Wage and Tax Statement  2018  Dept. of the Treasury — IRS
This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

Same values as Copy B above:
- 1 Wages: 52000.00
- 2 Federal income tax withheld: 8208.72
- 3 Social security wages: 52000.00
- 4 Social security tax withheld: 3224.00
- 5 Medicare wages and tips: 52000.00
- 6 Medicare tax withheld: 754.00

ISAAC PASCHALIDIS
354 GROSVENOR STREET
DOUGLASTON NY 11363

NY 112066163 | 52000.00 | 3338.00
18 Local wages: 52000.00 | 19 Local income tax: 2322.00 | 20 NYC

Form W-2 Wage and Tax Statement 2018

---

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's soc. sec. no. | [redacted] |
| b | Employer ID number (EIN) | 11-2066163 |
| 1 | Wages, tips, other comp. | 52000.00 |
| 2 | Federal income tax withheld | 8208.72 |
| 3 | Social security wages | 52000.00 |
| 4 | Social security tax withheld | 3224.00 |
| 5 | Medicare wages and tips | 52000.00 |
| 6 | Medicare tax withheld | 754.00 |

ISAAC PASCHALIDIS
354 GROSVENOR STREET
DOUGLASTON NY 11363

NY 112066163 | 52000.00 | 3338.00
18 Local wages: 52000.00 | 19 Local income tax: 2322.00 | 20 NYC

Form W-2 Wage and Tax Statement 2018  Dept. of the Treasury — IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

Same values as above. EIN 11-2066163.
ISAAC PASCHALIDIS, 354 GROSVENOR STREET, DOUGLASTON NY 11363.
NY 112066163 | 52000.00 | 3338.00 | Local 52000.00 | 2322.00 | NYC
Form W-2 2018

BW24UP  NTF 2582160  8  BW24UP

P005