

Eric Magnelli
Direct Dial: 973-403-3110
Direct Fax: 973-618-5550
E-mail: emagnelli@bracheichler.com

June 15, 2023

**VIA ECF**

Honorable LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Paschalidis v. The Airline Restaurant Corp., et al.*
               **Civil Action No. 1:20-cv-02804-LDH-LB**

Dear Judge DeArcy Hall:

      In response to your Honor's Order of June 15, 2023, Defendants' opposition to Plaintiff's cross-motion for partial summary judgment/reply to their motion for summary judgment did not include any additional statement of material facts. Thus, there were no additional statement of facts for Plaintiff to admit or oppose in reply, which is why nothing was filed by Plaintiff on May 26, 2023.

                                            Respectfully submitted,

                                            Eric Magnelli

EM:

Cc:    All Counsel of Record (Via ECF)

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE:13283990.1/PAS084-277854